UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKE LEITNER,<br><br>  Plaintiff,<br><br>- against -<br><br>TRADER JOE'S EAST INC. d/b/a "TRADER JOE'S", TAYLOR FARMS RETAIL, INC., TAYLOR FRESH FOODS, INC., and JOHN DOES 1 through 10,<br><br>  Defendants. | Case No.: 1:20-cv-06220<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all of the parties in the above-entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued as to **TRADER JOE'S EAST INC. d/b/a "TRADER JOE'S", TAYLOR FARMS RETAIL, INC., and TAYLOR FRESH FOODS, INC.,** with prejudice, without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
        November 18, 2021

| | |
|---|---|
| **THE JACOB D. FUCHSBERG LAW FIRM, LLP**<br><br>_____<br>By: Eli A. Fuchsberg, Esq.<br>Attorneys for Plaintiff<br>BROOKE LEITNER<br>3 Park Avenue, Suite 3700<br>New York, NY 10016 | **DAVIS WRIGHT TREMAINE LLP**<br><br>_____<br>By: Andrew McStay, Jr.<br>Attorneys for Defendants<br>TRADER JOE'S EAST INC. d/b/a "TRADER JOE'S", TAYLOR FARMS RETAIL, INC., and TAYLOR FRESH FOODS, INC.<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201 |